No. 267. SIX COMPANIES OF CALIFORNIA ET AL. *v.* JOINT HIGHWAY DISTRICT No. 13 OF CALIFORNIA. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted, limited to the first question presented by the petition. *Messrs. Paul S. Marrin, Max Thelen, DeLancey C. Smith,* and *Jewel Alexander* for petitioners. *Messrs. Theodore P. Wittschen* and *Archibald B. Tinning* for respondent.

No. 287. BROWDER *v.* UNITED STATES. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. MR. JUSTICE MURPHY took no part in the consideration and decision of this application. *Messrs. Walter H. Pollak* and *Carl S. Stern;* and *Carol King* for petitioner. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. Raoul Berger, George F. Kneip,* and *W. Marvin Smith* for the United States.

No. 338. WARSZOWER *v.* UNITED STATES. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. MR. JUSTICE MURPHY took no part in the consideration and decision of this application. *Messrs. Osmond K. Fraenkel* and *Edward I. Aronow* for petitioner. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. George F. Kneip* and *W. Marvin Smith* for the United States.

No. 330. OPP COTTON MILLS, INC., ET AL. *v.* ADMINISTRATOR OF THE WAGE AND HOUR DIVISION OF THE DE-